Zygarlowski v. Jaworski, 185 Ill. App. 478.

## Vaclav Zygarlowski, Plaintiff in Error, v. W. Jaworski et al., Defendants in Error.

### Gen. No. 19,029. (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1913. Affirmed. Opinion filed March 26, 1914.

### Statement of the Case.

Action by Vaclav Zygarlowski against W. Jaworski, Walenty Zwierzynski and W. Spychala to recover a death benefit fund in a beneficial society alleged to have been held by defendants in trust for plaintiff and to have been converted by them. From a judgment for defendant, plaintiff brings error.

WILLIAM F. BIGELOW, for plaintiff in error.

CHARLES A. CHURAN, for defendants in error.

MR. JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

TROVER AND CONVERSION, § 3*—*when officers of beneficial society not liable for conversion by attorney.* Where a death benefit fund in the hands of a beneficiary society was claimed adversely by two brothers as heirs at law of a deceased member and the society filed a bill of interpleader against them, and on the advice of the attorney for the society, that it was necessary to pay the amount in dispute into court, the officers constituting the executive council of the society authorized the payment of such sum to said attorney for the purpose of having same deposited in court, such officers are not liable to the successful party in the interpleader suit for the amount so paid to the attorney and converted by him.

*See Illinois Notes Digest, Vols. XI to XV, same topic and section number.